## AYER *versus* SAWYER.

A surveyor of lumber is not bound to keep a record of his surveys. His minutes are not of themselves evidence.

EXCEPTIONS.

Assumpsit for the price of mill logs. Plaintiff called one Averill, who testified that he was a surveyor, chosen by the town; that he surveyed and measured the logs, and made a record thereof.

Defendant objected to witness' testifying as to the quantity, and insisted that the survey book was the rightful evidence. The objection was overruled, and the witness testified upon that point.

Defendant excepts.

*Cutting*, for defendant, adverted to R. S. chap. 66, sect. 28, 29.

The surveyor's record is the best evidence. *Dole* v. *Allen*, 4 Maine, 527.

*Peters*, for plaintiff.

WELLS, J., orally. — The witness was properly admitted. The statute does not require a surveyor to keep a record. What minutes he did make for convenience, or otherwise, the parties had no right to require. They are not evidence.

*Exceptions overruled.*